IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:12-cv-02877-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 19, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

MELISSA SHIRLEY,   Tiffany Jo Drahota
David Arthur Lane
   Plaintiff,

v.

CITY OF AURORA, COLORADO, *et al*.,   Jonathan Marshall Abramson
Peter Ruben Morales
   Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:   10:03 a.m.**
Court calls case. Appearances of counsel. *Mr. Michael Mangino participates in telephone call as pro se defendant.*

The court addresses the parties regarding the MOTION to Strike Defendant Manginos F.R.C.P. 26(a) Disclosure or, in the Alternative, to Forthwith Restrict Access (partially unopposed) (Docket No. 28, filed on 2/11/2013).

Mr. Abramson present oral argument. Discussion between the court and Mr. Abramson regarding the protective order in place (Docket No. 26, filed on 2/5/2013), Local Rule 7.2, and Mr. Mangino's Fed. R. Civ. P. 26(1) Disclosures (Docket No. 27, filed on 2/7/2013).

Discussion between the court and Mr. Mangino regarding the MOTION to Strike Defendant Manginos F.R.C.P. 26(a) Disclosure or, in the Alternative, to Forthwith Restrict Access (partially unopposed) (Docket No. 28, filed on 2/11/2013).

Discussion between the court and Ms. Drahota regarding the MOTION to Strike Defendant Manginos F.R.C.P. 26(a) Disclosure or, in the Alternative, to Forthwith Restrict Access (partially

unopposed) (Docket No. 28, filed on 2/11/2013).

Discussion between the court and Mr. Mangino regarding the protective order in place (Docket No. 26, filed on 2/5/2013), his Fed. R. Civ. P. 26(1) Disclosures (Docket No. 27, filed on 2/7/2013), Rule 5(d), and fully complying with both the Local Rules and Federal Rules of Civil Procedure.

Further discussion between Mr. Abramson, Ms. Drahota, and the court regarding restricting Mr. Mangino's Fed. R. Civ. P. 26(1) Disclosures (Docket No. 27, filed on 2/7/2013).

**ORDERED:** The court **GRANTS IN PART AND DENIES IN PART** the MOTION to Strike Defendant Manginos F.R.C.P. 26(a) Disclosure or, in the Alternative, to Forthwith Restrict Access (partially unopposed) (Docket No. 28, filed on 2/11/2013). This motion is denied to the extent that it seeks to strike the 26(a) disclosures completely. This motion is granted to the extent that it seeks an order assigning restriction level one to this particular filing.

**ORDERED:** The court shall order that the Clerk's Office restrict access (a level one restriction) to the Fed. R. Civ. P. 26(1) Disclosures (Docket No. 27, filed on 2/7/2013). This restriction shall limit access of this document to only the parties of this case and the court.

The court reiterates to Mr. Mangino that he must fully comply with the Federal Rules of Civil Procedure as well as the Local Rules. Discussion between the court and Mr. Mangino regarding where he can locate these rules for future reference.

HEARING CONCLUDED.

**Court in recess**:    **10:24 a.m.**
Total time in court:    00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.